STATE OF NORTH DAKOTA )
                      ) SS
COUNTY OF CASS         )

I, Geoffrey Bakken, being duly sworn, depose and state as follows:

1. I have worked as a Deputy for the Clay County Sheriff's Office in Moorhead, MN since 2013, and am a licensed Peace Officer in the State of Minnesota. I have been a Detective assigned to the Narcotics division since February of 2019. I was assigned to work as a Task Force Officer (TFO) with the Drug Enforcement Administration (DEA) in Fargo, ND from February 2019 to October of 2021. I have been assigned as Postal Inspector Task Force Officer (TFO) with the United States Postal Inspection Service (USPIS) since May 2022 and have completed a 24-hour USPIS orientation course. I am currently assigned to a narcotics assignment, located at the Fargo, ND office of the Denver Division. As part of my duties as a U.S. Postal Inspector TFO, I investigate the use of the U.S. Mails to illegally send and receive controlled substances and drug trafficking instrumentalities. As part of this assignment, I received formal training from the USPIS and training through contact with experts from various law enforcement agencies. I have received training in the enforcement of laws, and the identification of packages with characteristics indicative of criminal activity. I have conducted and participated in criminal investigations utilizing the normal methods of investigation.

2. Since the affidavit is being submitted for the limited purpose of supporting a package search warrant, I have not included each and every fact known concerning this investigation. I have set forth only the facts believed necessary to establish probable cause to search said packages. Where statements of others are set forth in this affidavit, they are set forth in substance and are not verbatim. The information contained in this affidavit is based on my personal observations and experience, in addition to information obtained by other law enforcement agents, witnesses and documents.

3. On May 6th, 2025, during a routine review of USPS packages destined to Minnesota and North Dakota, USPIS personnel identified a suspicious USPS Priority Express package destined to Detroit Lakes, MN.

4. The following is a summary of the suspicious package. On May 6th, 2025, the package was placed into the mail stream from Edinburg, Texas (78539). The package displays tracking number ER19 3548 333U S weighs 12 ounces and has $32.25 in US Postage affixed. The Package was paid for in cash and had an original scheduled delivery date of May 9th, 2025.

5. On May 7th, 2025, the suspicious Priority Express package arrived at the Downtown Fargo Post Office to be sorted and processed. On the same date, Inspection Service personnel went to the Downtown Fargo Post Office and visually and physically inspected the suspicious Priority Mail package and confirmed the below description and characteristics. The Package is from "Jerry Ramirez 3506 Alice Ln Edinburg TX 78541" and is addressed to "Julio C Hernandez PO Box 22 Detroit Lakes, MN 56502"

6. It is a common practice for the shippers of controlled substance and/or illegal drug proceeds to use Priority Mail Express and Priority Mail because the controlled substances or proceeds arrive faster and on a predictable date. These mail services also allow the shippers to keep track of their shipments. With regard to Priority Mail Express parcels, shippers pay a fee for the benefit having quick delivery and being able to confirm the delivery of the parcel by checking the USPS Internet Website and/or calling the toll-free number to inquire on the status of the delivery.

7. Through review of various USPS records and other law enforcement databases, I learned the suspicious Priority Mail package contained several features, that in combination, are consistent with packages containing controlled substances, instrumentalities, or proceeds, sent using the US Mail
    - The Priority Mail Express package was mailed from Texas which is a known controlled substance source state.

- Individuals involved in distributing controlled substances or proceeds through the U.S. Mail may attempt to disguise the sender or recipient of the package by listing fictitious address information, using fictitious or generic/common names, or by using incomplete addresses. Your Affiant reviewed CLEAR law enforcement database for the package sender and receiver names. Your Affiant found the listed sender name to not be associated with the listed sender address. Your Affiant found the listed receiver name to be associated with the listed receiver address.
- Your Affiant reviewed USPS records and found five (5) prior packages sent to the same address in Detroit Lakes, MN from Edinburg, Texas since March 21st, 2025.

8. Postal regulation section 274.31 of the USPS Administrative Support Manual states that no one may detain mail sealed against inspection, except under the following condition: A Postal Inspector acting diligently and without avoidable delay, upon reasonable suspicious, for a brief period of time, to assemble evidence sufficient to satisfy the probable cause requirement for a search warrant issued by a Federal Court.

9. On May 7th, 2025, the suspicious Priority Mail package was presented to a K-9 sniff at the Downtown Fargo Post Office. Fargo Police K-9 Detective Bret Witte and his certified narcotics detection dog "Kilo" examined the area where several packages were placed. The suspicious Priority Mail package was placed among four other packages of similar sizes. Detective Witte indicated "Kilo" positively alerted to the presence of the odor of controlled substances emanating from the suspicious Priority Mail package.

10. Attached hereto, and incorporated herein by reference as Attachment A, is information provided by the canine handler regarding the canine's training and accuracy in detecting controlled substances.

11. Your affiant, therefore, seeks the issuance of a warrant to search this package and the contents contained therein, for controlled substances, controlled substance paraphernalia,

and the proceeds relating to the sale of controlled substances, in violation of Title 21, United States Code, Sections 841 (a)(1), 843(b), and 846.

Respectfully submitted,

*/s/ Geoffrey Bakken/*
Geoffrey Bakken
U.S. Postal Inspector TFO

SWORN AND SUBSCRIBED TO BEFORE ME
THIS 8th, day of May 2025.

UNITED STATES MAGISTRATE JUDGE